United States District Court For
The Central District of Illinois

Morris Chrisman )
    Plaintiff )
   )
  VS )
Advanced Correctional HealthCare, )
Erin Bowman Registered Nurse, )
Mary Dambacher Nurse Practioner, )
Morgan County Jail, Morgan County, Illinois; )
Morgan County Sheriff Mike Carmody, )
Morgan County Jail Administrator )
    Tim Megginson, )
Morgan County Correction Officers; )
Clayton Sexton, Austin Manley, )
Gabe Mullink, Lee Crumb, Landon Hart, )
Trevor Prather, Kenneth Crews, )
Andrew Jackson, Kurt Borman, Jared Jess, )
Lisa Jackson, Justice Wrobleski, )
Weston Crews, Zach Lonergan, Noah Pickens. )
   )
    DENFENDANTS )
   )

Case No. _____

Complaint For Violation Of Constitutional Rights
HIPPA Violations, Violations of Confidentiality
Medical Negligence

Now comes Plaintiff, Morris Chrisman, Pro Se, hereinto the "Plaintiff" Inmate #B29765 states the following in support of this Petition.

Plaintiff, Morris Chrisman, Inmate #B29765 currently incarcerated at Centralia Correctional Center, located at 9330 Shattuc Rd. Centralia, IL 62801 (Physical Address) P.O. Box 7711 Centralia, IL 62801 (Mailing Address). Plaintiff's was Convicted of Theft.

Defendants, stated above due to the numerous amount of Defendants will be referred to as "Defendants et al".

Plaintiff, states while incarcerated at the Morgan County Jail, located in Jacksonville Illinois 62650 numerous violations of his Constitutional Rights were Violated by the "Defendants et al" listed within this Petition.

A. On or about March 4th, 2021 at approximately 10:00am Plaintiff was present at the Morgan County Jail when the following Rights were violated.

  1. Failed to provide Plaintiff with needed medical care.
  2. Failed to intervene to protect Plaintiff from violations by one or more "Defendants"
  3. Violated Plaintiff's Confidentialty.
  4. HIPPA Violations.
  5. Violations of the Illinois Dept. of Public Health and Illinois Dept.of Financial and Professional Regulations.
  6. Conspired together to violate one or more of the Plaintiff's Civil Rights.

B. All "Defendants et al" acted in accordance to the customs ingrained within the Morgan County Jail and its Supervisory Personal, Health Care Providers, and Correctional Staff.

1. Plaintiff states on March 4th, 2021 (filling falling out) while awaiting trial at Morgan County Jail he suffered a broken tooth while eating. This incident caused him severe pain and suffering and needed immediate dental care. This medical emergency was reported to the on duty correctional security staff, the correctional staff on duty informed the Plaintiff he would need to fill out a "Sick Call" form, however the staff did not provide the Plaintiff with said form. Plaintiff continued to request this form to no avail by the ~~~~ ~~~~ corrections staff. Plaintiff continued to inform other corrections staff named within this Petition as to his need of this form, in which the form was provided by a different shift. On a later date this form was returned by ~~~~ ~~~~ Staff stating it was the wrong form and the Plaintiff must fill out a "SICK CALL" Form. At that point the Plaintiff had already been in severe pain for 3 days with no pain management, Plaintiff continued to communicate with numerous "Defendants et. al" that he was in need of Medical Attention.

2. On March 7th, 2021 Plaintiff was in such pain and staff continued to deny him proper medical attention he attempted to extract the "Tooth" that was causing the severe pain on his own. Plaintiff states in the process of doing so, the officer on staff observed this attempt for hours on the security cameras. The officer came to the "POD" door and asked the Plaintiff if he was successful in his attempts to extract his tooth? The officer then proceeded to laugh at the Plaintiff in his failed attempt and walked away. Plaintiff again requested immediate medical care in which officers informed him that "eventually you will get some help or keep trying yourself you may finally get it out".

3. On March 8th, 2021 Plaintiff was finally seen by Nurse Erin Bowman, upon examination Nurse Bowman stated she could see a clear very large portion of tooth missing within the Plaintiff's mouth and would need to be seen by a Dentist as soon as possible. Plaintiff requested he be sent on an emergency basis to the Dentist in which Nurse Bowman denied said request. Nurse also failed to provide Plaintiff with needed pain relief, as well as antibiotics to prevent any possibility of infections.

4. Plaintiff continued to report his pain and discomfort to corrections staff, Nurse Bowman, and Chief Jailer Tim Megginson. Plaintiff continued to be denied any relief until March 10th, 2021 when he was provided with antibiotics yet no pain medications, However, Plaintiff had yet to be seen by a Dentist and the Morgan County Jail Staff continued to ignore his emergency.

5. Plaintiff states that on March 15th, 2021 he was finally escorted to an outside Dentist for care. The Dentist completed an X-Ray and confirmed the seriousness of the injury. The Dentist stated the tooth needed immediate care and a procedure was required. The Dentist explained the options to the Plaintiff which were a Root Canal or Extraction. The Dentist also requested the Plaintiff's medical insurance information and explained that Morgan County Jail will not pay for any procedure. The Plaintiff informed the Dentist he had State Medicare insurance, at which point the dental staff informed Plaintiff this insurance only covers an Extraction Procedure. Plaintiff agreed to the procedure, the Dentist however was unable to complete the procedure as Plaintiff needed to be on antibiotics for a period of time prior to completion to prevent any infection. Dentist provided said antibiotics and pain medication as well.

6. Upon Plaintiffs return to Morgon County Jail, The staff neglected to properly administer the medications the dentist had ordered. Medical and Corrections staff both neglected to disperse Plaintiffs medications per the Dentist orders. Furthermore, it is inappropiate and illegal for Corrections staff to disperse medications as they are not qualified to do so. Only licensed medical staff may handle such medical neccessities. This is a clear violation of State and Federal Laws.

7. Plaintiff states there was a clear violation of HIPPA Laws as no staff other than that of medical personal or the Dentist should be allowed access to his medical chart or the medications he is to take. Plaintiff never signed a release of information for Corrections staff to be allowed said information.

8. Plaintiff states that on or about March 31st, 2021 he finally had the dental procedure completed. Upon release from the Dentist and return to Morgan County Jail, Jail staff was provided with specific instructions by the Dentist that were also not followed. These instructions included Antibiotics and Pain Medications, as well as fresh gauze to stop any post-op bleeding (a special diet and salt to clean the area). On numerous occassions these items and medications were not provided by staff, even upon numerous requests by the Plaintiff they items continued to not be provided. Again staff had acted in a way that put the Plaintiff at further risk of infection and extreme pain, that to this day he continues to have pain within the jaw line of the area operatored on.

9. Plaintiff states all defendants et al. acted knowingly, intentionally, willfully, maliciously, and conspired to refuse him emergency medical care.

10. Plaintiff asks this case to be tried by Jury.

11. Plaintiffs complaints within are a direct violation of the Rules and Regulations of The Illinois Dept. of Public Health and The Illinois Dept of Financial and Professional Regulations. As well as HIPPA Regulations.

12. There was a previously filed case in this matter, however numerous defendants are now added for their part within for medical neglect, along with justifiable new claims.

Wherefore, Plaintiff, Morris Christman, Pro Se, request this Honorable Court for the following relief;

A. Damages to compensate for all Bodily Harm, Emotional Harm, Pain and Suffering, Loss of Enjoyment of Life (Eating), and any other injuries inflicted by Defendants Et Al.

B. Punitive Damages against each Individual Defendants, do to their violations of Illinois and Federal Laws.

C. Such injustive, declaratory, or other relief as may be appropriate, including attorney fees and reasonable expenses as Authorized by 42 U.S.C. 1988.

STEVE SCOTT
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
August 18, 2025

Signature /s/

Morris Chrisman Pro Se
P.O. Box 7711
Centralia, IL 62801

(02/23/23)

2/23/23

Dear District Court (Central District, (02/23/23)

Here are new claims against defendants.

As pro se, I would like to file fee waiver/indigent/poor person, plus writ paperwork so that I will be able to show up in court. I will fill the proper fee waiver and writ paperwork if this honorable court will please send me the proper forms to do so.

Respectfully,

[signature] B29765

Chrisman, Morris E.
B29765

(02/23/23)

FILED
MAR 2 2023
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

ARISMAN, MORRIS R819465
CENTRALIA CORR. CR.
P. O. BOX 711
CENTRALIA, IL 62801
of The IL Dept of Corrections

ZIP 62801
02 4W
0000378940 FEB. 28. 2023
$001.74°

FILED

MAR 2 2023

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

(LEGAL MAIL)

PRIVILEGED

U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLIN[OIS]
SPRINGFIELD DIVISION

U.S. COURTHOUSE
600 EAST MONROE